UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:13-cv-361

| | |
|---|---|
| MAVERICK SOLUTIONS, LLC, | ) |
| Plaintiff, | ) |
| v. | ) **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| MICHALYNN HACKER, INC., d/b/a TEACHME2DAY, | ) |
| Defendant. | ) |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties stipulate that this action is dismissed with prejudice as to all parties and claims, each party to bear its own attorney fees and costs.

Respectfully submitted this the 2nd day of April, 2014.

/s/ Mark R. Sigmon
Mark R. Sigmon, NCSB No. 37762
GRAEBE HANNA & SULLIVAN, PLLC
4350 Lassiter at North Hills Ave., Suite 375
Raleigh, North Carolina 27609
Telephone: 919-863-9094
Fax: 919-863-9095
Email: msigmon@ghslawfirm.com
*Counsel for Plaintiff Maverick Solutions, LLC*

/s/ Walter E. Brock, Jr.
Walter E. Brock, Jr., NCSB No. 8195
Andrew P. Flynt, NCSB No. 41238
YOUNG MOORE AND HENDERSON P.A.
Post Office Box 31627
Raleigh, North Carolina 27622
Telephone: 919-786-6860
Fax: 919-782-6753
Email: WEB@youngmoorelaw.com
apf@ymh.com
*Counsel for Defendant Michalynn Hacker, Inc. d/b/a TeachMe2Day*

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

>Walter E. Brock, Jr.
>WEB@youngmoorelaw.com
>
>Andrew P.Flynt
>apf@ymh.com
>*Counsel for Defendant*

This the 2nd day of April, 2014.

>/s/ Mark R. Sigmon
>Mark R. Sigmon, NCSB No. 37762
>GRAEBE HANNA & SULLIVAN, PLLC
>4350 Lassiter at North Hills Ave., Suite 375
>Raleigh, North Carolina 27609
>Telephone:	919-863-9094
>Fax:	919-863-9095
>Email:	msigmon@ghslawfirm.com
>*Counsel for Plaintiff*